UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ROGER R. CLAYTON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 1:24-CV-00142 SNLJ |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on review of movant Roger Clayton's filing in this case. [ECF No. 1]. Movant is currently incarcerated in federal custody after being sentenced by this Court on February 19, 2015, to 279 months' imprisonment for bank robbery, possession of a firearm in furtherance of a crime of violence, and felon in possession of a firearm. *United States v. Clayton*, No. 1:13-CR-98 (E.D. Mo.). Movant initiated this action by filing a handwritten motion to vacate, set aside, or correct sentence brought pursuant to 28 U.S.C. § 2255. However, the handwritten motion is defective as a § 2255 motion because it has not been drafted on a Court-provided form. *See* E.D. Mo. Local Rule 2.06(A). The Clerk of Court will be directed to send movant the Court form for § 2255 motions and movant will have thirty (30) days to file an amended motion on such form.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to movant a copy of the Court's form "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody."

**IT IS FURTHER ORDERED** that movant shall file an amended motion on the Court-provided form within **thirty (30) days** of the date of this Order.

**IT IS FINALLY ORDERED** that if movant fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 15th day of October, 2024.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE